**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

MARIA DE LA LUZ MARIN,

Petitioner,

v.

JAMES JANECKA, Warden of the Adelanto Detention Center, et al.,

Respondents.

Case No. 5:26-cv-04595-DTB

**J U D G M E N T**

Pursuant to the Order Denying Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed without prejudice for lack of jurisdiction.

**IT IS SO ORDERED**.

DATED: October 29, 2026

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE